# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. MJ19-207 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| TIMOTHY D. SEIFERT, | |
| Defendant. | |

Offenses charged:

    Count 1:    Supervised Release Violations

Date of Detention Hearing: May 14, 2019

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

REASONS FOR DETENTION

1.    Defendant has stipulated to detention.

IT IS THEREFORE ORDERED:

(1)    Defendant shall be detained pending transfer to the District of Kansas, shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of May, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2